**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-cr-182-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. FREDDY ALBERTO GOMEZ URENA, a/k/a Chun Chun,
2. LIGIA ZULAY GONZALEZ SANCHEZ,
3. JOSUE REINALDO CORDOBA SOMASA,
4. NARKYS DORALDDY GOMEZ URENA,
5. FRANKLIN ALEXIS CONTRERAS CARRILLO,
6. MIGUEL EDUARDO CARDENAS PEREZ,
7. WUALTER ALEXANDER CASTELLANOS BERMEO,

Defendants.

---

**INDICTMENT**

---

The Grand Jury charges:

**<u>COUNT 1</u>**
**(Conspiracy to Provide and Obtain Forced Labor)**

Beginning in or about October 2021, and continuing until in or about December 2023, in the State and District of Colorado and elsewhere, the defendants,

FREDDY ALBERTO GOMEZ URENA, a/k/a "Chun Chun,"

LIGIA ZULAY GONZALEZ SANCHEZ,

JOSUE REINALDO CORDOBA SOMASA,

NARKYS DORALDDY GOMEZ URENA,

MIGUEL EDUARDO CARDENAS PEREZ, and

WUALTER ALEXANDER CASTELLANOS BERMEO,

did knowingly conspire and agree with each other and with others known and unknown to the Grand Jury to knowingly provide and obtain the labor and services of one and more persons, by means of: (a) force, threats of force, and threats of physical restraint to any one or more of the persons and any other persons; (b) serious harm and threats of serious harm to any one or more of the persons and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause each person to believe that, if the person did not perform such labor and services, that the person and any other persons would suffer serious harm and physical restraint, in violation of Title 18, United States Code, Sections 1589(a) and (d).

All in violation of Title 18, United States Code, Section 1594(b)

## COUNTS 2 - 7
## (Forced Labor)

In or about and continuing between the approximate dates set forth below, in the State and District of Colorado and elsewhere, the defendants identified below, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of the victim referenced below, known to the Grand Jury, by means of (a) threats of force, physical restraint, and threats of physical restraint to the referenced victim and any other persons; (b) serious harm and threats of serious harm to the referenced victim and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to case the referenced victim to believe that, if the referenced victim did not perform such labor and services, that victim and any other persons would suffer serious harm and physical restraint; and

attempted to do the same.

| Count | Approx. Dates | Defendants | Victim |
|---|---|---|---|
| 2 | May 2022 – Dec. 2022 | FREDDY ALBERTO GOMEZ URENA,<br>a/k/a "Chun Chun,"<br>LIGIA ZULAY GONZALEZ SANCHEZ,<br>NARKYS DORALDDY GOMEZ URENA, and<br>WUALTER ALEXANDER CASTELLANOS BERMEO | Victim 1 |
| 3 | April 2022 – Oct. 2022 | FREDDY ALBERTO GOMEZ URENA,<br>a/k/a "Chun Chun,"<br>LIGIA ZULAY GONZALEZ SANCHEZ, and<br>NARKYS DORALDDY GOMEZ URENA | Victim 2 |
| 4 | April 2022 – Oct. 2022 | MIGUEL EDUARDO CARDENAS PEREZ and<br>WUALTER ALEXANDER CASTELLANOS BERMEO | Victim 3 |
| 5 | April 2022 – Oct. 2022 | MIGUEL EDUARDO CARDENAS PEREZ and<br>WUALTER ALEXANDER CASTELLANOS BERMEO | Victim 4 |
| 6 | Oct. 2021 – Oct. 2023 | FREDDY ALBERTO GOMEZ URENA,<br>a/k/a "Chun Chun," and<br>JOSUE REINALDO CORDOBA SOMASA | Victim 5 |
| 7 | April 2023 – Dec. 2023 | FRANKLIN ALEXIS CONTRERAS CARRILLO | Victim 6 |

All in violation of Title 18, United States Code, Sections 2, 1589 and 1594(a).

**COUNTS 8 - 13**
**(Alien Smuggling)**

On or about the date referenced below, in the District of Colorado and elsewhere, the defendant referenced below did, for the purpose of commercial advantage and private financial gain, bring the referenced victim, known to the Grand Jury, an alien, to the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such alien.

| Count | Approx. Dates | Defendant | Victim |
|---|---|---|---|
| 8 | May 30, 2022 | FREDDY ALBERTO GOMEZ URENA, a/k/a "Chun Chun"<br>LIGIA ZULAY GONZALEZ SANCHEZ,<br>NARKYS DORALDDY GOMEZ URENA, and<br>WUALTER ALEXANDER CASTELLANOS BERMEO | Victim 1 |
| 9 | April 13, 2022 | FREDDY ALBERTO GOMEZ URENA, a/k/a "Chun Chun"<br>LIGIA ZULAY GONZALEZ SANCHEZ, and<br>NARKYS DORALDDY GOMEZ URENA | Victim 2 |
| 10 | April 12, 2022 | MIGUEL EDUARDO CARDENAS PEREZ<br>WUALTER ALEXANDER CASTELLANOS BERMEO | Victim 3 |
| 11 | April 12, 2022 | MIGUEL EDUARDO CARDENAS PEREZ<br>WUALTER ALEXANDER CASTELLANOS BERMEO | Victim 4 |
| 12 | Oct. 10, 2021 | FREDDY ALBERTO GOMEZ URENA, a/k/a "Chun Chun"<br>JOSUE REINALDO CORDOBA SOMASA | Victim 5 |
| 13 | July 1, 2023 | FRANKLIN ALEXIS CONTRERAS CARRILLO | Victim 6 |

All in violation of Title 8, United States Code, Sections 1324(a)(2) and (B)(ii).

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 through 13 of this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982(a)(6), 1594(d), Title 8, United States Code, Section 1324(b), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts 1 through 7 of this Indictment involving violations of Title 18, United States Code, Sections 1594 and 1589, the defendants,

FREDDY ALBERTO GOMEZ URENA, a/k/a "Chun Chun,"
LIGIA ZULAY GONZALEZ SANCHEZ,
JOSUE REINALDO CORDOBA SOMASA,
NARKYS DORALDDY GOMEZ URENA,
FRANKLIN ALEXIS CONTRERAS CARRILLO,
MIGUEL EDUARDO CARDENAS PEREZ, and
WUALTER ALEXANDER CASTELLANOS BERMEO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d) any and all of the defendants' right, title, and interest any property that was involved in, used, or intended to be used to commit or to faciliate the commission of such violations, and any property constituting or derived from any proceeds obtained directly and indirectly as a result of such violations, including a money judgment in the amount of proceeds obtained by the defendants.

3. Upon conviction of the violations alleged in Counts 8 through 13 of this Indictment involving violations of Title 8, United States Code, Section 1324(a)(2)(B)(ii), the defendants

FREDDY ALBERTO GOMEZ URENA, a/k/a "Chun Chun,"
JOSUE REINALDO CORDOBA SOMASA,
FRANKLIN ALEXIS CONTRERAS CARRILLO, and

AND MIGUEL EDUARDO CARDENAS PEREZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), Title 8, United States Code, Section 1324(b), and Title 28, United States Code, Section 2461(c) any and all of the defendants' right, title, and interest any property that was used, or intended to be used to faciliate the commission of such violations, and any property constituting or derived from any proceeds obtained directly and indirectly as a result of such violations, including a money judgment in the amount of proceeds obtained by the defendants.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink Signature on file in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

By: *s/Alyssa Christine Mance*
Alyssa Christine Mance
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: alyssa.mance@usdoj.gov
Attorney for Government